**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☒ __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Alipio R. Rodriguez-Garcia**   JOINT DEBTOR: _____   CASE NO.: **12-28708-AJC**
Last Four Digits of SS# **xxx-xx-2899**   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **36** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ **189.85** for months **1** to **36** ;
- B. $ _____ for months ____ to ____ ;
- C. $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **0.00**   TOTAL PAID $ **0.00**

Balance Due $ **-NONE-** payable $ _____ /month (Months ____ to ____ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. International Condominium Association    Arrearage on Petition Date $ _____
   c/o Frank Perez-Siam, Esq.
   Frank Perez-Siam, P.A.
   7001 SW 87th Court,
   Address: Miami, FL 33173    Arrears Payment $ **0** /month (Months **1** to **36** )
   Account No: Case #12-11798-CC-25   Regular Payment $ **171.59** /month (Months **1** to **36** )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| International Condominium Association | Homestead property located at: 6780 W 2nd Court, Apt 212 HIALEAH, FL 33012  Value of Property: $51,920  Amount owed on First Priority Mortgage per schedule D: $91,481.77  Value of creditor's Interest in Property:$0 | n/a | 0 | 0 | Avoid lien in full |
| American Investment Services | Homestead property located at: 6780 W 2nd Court, Apt 212 HIALEAH, FL 33012  Value of Property: $51,920  Amount owed on First Priority Mortgage per schedule D: $91,481.77  Value of creditor's Interest in Property:$0 | n/a | 0 | 0 | Avoid mortgage in full |

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-**      Total Due  $ _____
                Payable    $ _____ /month    (Months __ to __ )    Regular Payment $ _____

Unsecured Creditors:   Pay $ **1**  /month (Months  **1**  to  **36** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

    The Debtor will pay his first mortgage outside of the plan.

    The Debtor will provide copies of his income tax returns, if any, to the Chapter 13 Trustee on or before May 15 during the pendency of the plan.   The Debtor will amend Schedule I and J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/
**Alipio R. Rodriguez-Garcia**
Debtor                                                        Joint Debtor

Date:  **October 25, 2012**                                   Date: