

ORDERED in the Southern District of Florida on October 25, 2012.

A. Jay Cristol, Judge
United States Bankruptcy Court

---

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Alipio R. Rodriguez-Garcia            Case No. 12-28708-AJC
                                              Chapter 13

_____Debtor_____/

### ORDER SUSTAINING OBJECTION TO CLAIMS

THIS CAUSE having come before the court upon the Attorney for Debtor's Objection to Claims and Certification of No Response and this court having considered the basis for the objection to the claims, and being otherwise duly advised in the premises, it is

**ORDERED** that Attorney for Debtor's objections to the following claims are sustained.

The Claim No. 7-1 held by International Condominium Association, Inc. is stricken and the claim shall be classified as an unsecured claim in the amount of $8,949.44.

The Claim No. 9-1 held by International Condominium Association, Inc. is stricken and the claim shall be classified as an unsecured claim in the amount of $8,949.44.

### ###

**Submitted by:**

Jacqueline C. Ledon, Esquire
*Counsel for Debtor*
Address:  3000 Biscayne Blvd., Suite 500, Miami, FL 33137
Phone:    305-438-2401
Email:    jledon@lsgmi.org

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).