

**ORDERED in the Southern District of Florida on October 7, 2015.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

CASE NO.: 12-28708-BKC-AJC
PROCEEDING UNDER CHAPTER 13

IN RE:

ALIPIO R RODRIGUEZ GARCIA

DEBTOR_____/

### ORDER DENYING TRUSTEE'S MOTION TO DISMISS

**THIS CASE** came to be heard on September 21, 2015 for the Trustee's Motion to Dismiss and based on the record

**ORDERED AS FOLLOWS:**

1. The Motion to Dismiss is **DENIED WITHOUT PREJUDICE**.

###

ORDER DENYING TRUSTEE'S MOTION TO DISMISS
CASE NO.:  12-28708-BKC-AJC

**ORDER SUBMITTED BY:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**COPIES FURNISHED TO:**

**DEBTOR**
ALIPIO R RODRIGUEZ GARCIA
6780 W 2 CT
APT #212
HIALEAH, FL  33012

**ATTORNEY FOR DEBTOR**
JACQUELINE LEDON, ESQUIRE
LEGAL SVCS OF GREATER MIAMI
3000 BISCAYNE BLVD #500
MIAMI, FL  33137

**JACQUELINE LEDON, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS ORDER TO ALL CREDITORS AND INTERESTED PARTIES, IMMEDIATELY UPON RECEIPT THEREOF.